940

No. 581. ROYAL INDEMNITY CO. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Cornelius W. Grafton* and *Charles I. Dawson* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Harry Baum* for the United States. ▮

No. 661. CARLSON ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Kenneth C. West* and *Walter A. Raymond* for petitioners. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Beatrice Rosenberg* for the United States. ▮

No. 665. UNITED STATES *v.* STEWART ET AL. C. A. 7th Cir. Certiorari denied. *Solicitor General Perlman* for the United States. *John S. Burchmore, Nuel D. Belnap* and *Robert N. Burchmore* for respondents. ▮

No. 671. SESLAR *v.* UNION LOCAL 901, INC. ET AL. C. A. 7th Cir. Certiorari denied. *Frank Donner* and *Arthur Kinoy* for petitioner. *Sol Rothberg* for respondents. ▮

No. 673. CITY OF BIRMINGHAM ET AL. *v.* MONK ET AL. C. A. 5th Cir. Certiorari denied. *Horace C. Wilkinson* for petitioners. ▮

No. 679. TURNER *v.* ALTON BANKING & TRUST CO., EXECUTOR. C. A. 8th Cir. Certiorari denied. *Lon Hocker* for petitioner. ▮

No. 683. PAPALIOLIOS ET AL. *v.* DURNING, COLLECTOR OF CUSTOMS. C. A. 2d Cir. Certiorari denied. *Delbert*

*M. Tibbetts* for petitioners. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Beatrice Rosenberg* for respondent.

No. 699. ATLANTIC COAST LINE RAILROAD Co. *v.* CHANCE. C. A. 4th Cir. Certiorari denied. *Collins Denny, Jr., J. M. Townsend* and *Charles Cook Howell* for petitioner. *Oliver W. Hill* and *Spottswood W. Robinson, III,* for respondent.

No. 708. MOBLEY ET AL. *v.* BETHLEHEM SUPPLY Co. C. A. 5th Cir. Certiorari denied. *Neth L. Leachman* for petitioners. *Harry D. Moreland* for respondent.

No. 676. HAYES *v.* HORNBUCKLE, SHERIFF. The petition for writ of certiorari to the Supreme Court of California is denied on the ground that the cause is moot, it appearing that petitioner is no longer in the respondent's custody. *I. B. Padway* and *Herbert S. Thatcher* for petitioner. *Edmund G. Brown,* Attorney General of California, and *Clarence A. Linn,* Deputy Attorney General, for respondent.

No. 159, Misc. LAPEAN *v.* BURKE, WARDEN. Supreme Court of Wisconsin. Certiorari denied. Petitioner *pro se.* *Thomas E. Fairchild,* Attorney General of Wisconsin, and *Harold H. Persons* and *William A. Platz,* Assistant Attorneys General, for respondent.

No. 388, Misc. DAVIS *v.* O'CONNELL, CHIEF OF POLICE, ET AL. C. A. 8th Cir. Certiorari denied. *Elisha Scott, Sr.* for petitioner.